IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| SHELLY M. PUKLICH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-041 |
| v. | ) | |
| | ) | |
| PATRICK R. DONAHOE, | ) | **ORDER** |
| POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

The final pretrial conference set for April 17, 2012, is cancelled.  The trial set for April 30, 2012, is likewise cancelled.  Both will be rescheduled for a date and time to be determined.  The court shall conduct a status conference with the parties on October 24, 2011, at 10:00 a.m. by telephone.  The court shall initiate the conference call.

**IT IS SO ORDERED.**

Dated this 23rd day of September, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court