IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| SHELLY M. PUKLICH, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cv-041 |
| v. | ) | |
| | ) | |
| PATRICK R. DONAHOE, | ) | **ORDER** |
| POSTMASTER GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

John E. Potter in his capacity as Postmaster General was named as defendant in plaintiff's complaint. Since the initiation of this action, Patrick A. Donahoe has been named Postmaster General. Accordingly, the court on its own motion substitutes Postmaster General Patrick A. Donahoe as the named defendant in this action and amends the caption accordingly.

**IT IS SO ORDERED.**

Dated this 23rd day of September, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court